

IT IS SO ORDERED AS MODIFIED

Judge Edward J. Davila

Dated: 3/27/2015

1  STEVEN G. KALAR
   Federal Public Defender
2  ROBERT CARLIN
   Assistant Federal Public Defender
3  55 South Market Street, Suite 820
   San Jose, CA  95113
4  Telephone:  (408) 291-7753
   Email: robert_carlin@fd.org
5
   Counsel for Defendant
6  JUAN MALDINERA SANTAMARIA

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                       SAN JOSE DIVISION

11  UNITED STATES OF AMERICA,          )   No.  CR 14-00434 EJD
                                       )
12              Plaintiff,             )   **STIPULATION TO CONTINUE STATUS**
                                       )   **CONFERENCE; [PROPOSED] ORDER**
13  vs.                                )
                                       )
14  JUAN MALDINERA SANTAMARIA,         )
                                       )
15              Defendant.             )
    _____)
16

17
        Plaintiff United States of America, by and through Special Assistant United States
18
    Attorney Brianna Penna, and Defendant JUAN MALDINERA SANTAMARIA ("Mr.
19
    Maldinera"), by and through his attorney of record, Assistant Federal Public Defender Robert
20
                                                                              April 27
    Carlin, hereby stipulate that the status conference in this case should be continued from ~~March 23~~
21
    to June 1, 2015, at 1:30 p.m.
22
        1. Mr. Maldinera has been charged in a single count Indictment with a violation of 8
23
    U.S.C. § 1326.
24
                                                                     April 27
        2. A status conference before this Honorable Court is scheduled for ~~March 23~~, 2015, at
25
    1:30 p.m.
26

                                          1

1      3. On November 20, 2014, this Court ordered that Mr. Maldinera be committed to the
2  custody of the Attorney General for an evaluation of his mental competency pursuant to 18
3  U.S.C. § 4247(b).  The Court further ordered the preparation of a psychiatric or psychological
4  report, to be filed with the Court and provided to the parties in accordance with the requirements
5  of 18 U.S.C. § 4247.  Mr. Maldinera is currently undergoing the ordered evaluation at the
6  Metropolitan Detention Center ("MDC") in Los Angeles, California.
7      4. Staff at MDC have recently requested additional time to complete their evaluation of
8  Mr. Maldinera, and for the preparation of a report detailing the results of that evaluation.
9  Assuming that MDC is able to complete the process and send a report to the Court by May 4, as
10  anticipated, it is not known how soon thereafter Mr. Maldinera will be transported from MDC
11  and how long it will take before he is returned to the Northern District of California.
12      5. Accordingly, the parties respectfully request that the status hearing be continued as
13  requested, and Mr. Maldinera agrees to the exclusion of time from ~~March 23~~ April 27 to June 1, 2015,
14  pursuant to 18 U.S.C. § 3161 (h)(7)(A).

16  IT IS SO STIPULATED.

                                              Respectfully submitted,

                                              STEVEN G. KALAR
                                              Federal Public Defender

20  Dated: March 26, 2015                     _____
                                              ROBERT CARLIN
                                              Assistant Federal Public Defender


                                              UNITED STATES ATTORNEY



24
    Dated: March 26, 2015                     _____
25                                            BRIANNA PENNA
                                              Special Assistant United States Attorney
26

                                              2

STEVEN G. KALAR
Federal Public Defender
ROBERT CARLIN
Assistant Federal Public Defender
55 South Market Street, Suite 820
San Jose, CA  95113
Telephone:  (408) 291-7753
Email: robert_carlin@fd.org

Counsel for Defendant
JUAN MALDINERA SANTAMARIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JUAN MALDINERA SANTAMARIA,<br><br>　　　　　Defendant. | No.  CR 14-00434 EJD<br><br>**[PROPOSED] ORDER** |

1. Mr. Maldinera has been charged in a single count Indictment with a violation of 8 U.S.C. § 1326.

2. A status conference before this Court is scheduled for ~~March 23~~ April 27, 2015, at 1:30 p.m.

3. On November 20, 2014, this Court ordered that Mr. Maldinera be committed to the custody of the Attorney General for an evaluation of his mental competency pursuant to 18 U.S.C. § 4247(b).  The Court further ordered the preparation of a psychiatric or psychological report, to be filed with the Court and provided to the parties in accordance with the requirements of 18 U.S.C. § 4247.  Mr. Maldinera is currently undergoing the ordered evaluation at the Metropolitan Detention Center ("MDC") in Los Angeles, California.

1

2   4. Staff at MDC have recently requested additional time to complete their evaluation of

3 Mr. Maldinera, and for the preparation of a report detailing the results of that evaluation.

4 Assuming that MDC is able to complete the process and send a report to the Court by May 4, as

5 anticipated, it is not known how soon thereafter Mr. Maldinera will be transported from MDC

6 and how long it will take before he is returned to the Northern District of California.

7   5. There is good cause for the requested continuance, and the "ends of justice" served by

8 taking such action "outweigh the best interest of the public and the defendant in a speedy trial."

9 18 U.S.C. § 3161 (h)(7)(A). Accordingly, the time from ~~March 23~~ April 27 to June 1, 2015, is excluded

10 pursuant to section § 3161 (h)(7)(A).

11   6. The status hearing in this matter shall be continued to June 1, 2015, at 1:30 p.m.

12
    IT IS SO ORDERED.
13

14
Dated:  3/27/2015                              _____
15                                              HON. EDWARD J. DAVILA
                                                United States District Judge
16

17

18

19

20

21

22

23

24

25

26

4